IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| JOHN E. WHITE, # 148157, | ) |
| | ) |
|    Plaintiff, | ) |
| v. | )   CASE NO. 2:07cv951-MEF |
| | )   (WO- Do Not Publish) |
| LT. FINLEY, *et al.*, | ) |
| | ) |
|    Defendants. | ) |

## **O R D E R**

This litigation is now before the court on the recommendation of the United States Magistrate Judge entered on December 12, 2007, (Doc. # 4), that this case be dismissed without prejudice for failure of the plaintiff to pay the initial partial filing fee in accordance with the provisions of 28 U.S.C. § 1915(b)(1)(A) as ordered by this court. After a review of the recommendation, to which no timely objections have been filed, and after an independent review of the entire record, the court believes that the recommendation should be adopted. Accordingly, it is

ORDERED and ADJUDGED that the Recommendation of the Magistrate Judge (Doc. # 4) is ADOPTED and this case is DISMISSED without prejudice in accordance with the provisions of 28 U.S.C. § 1915(b)(1)(A).

Done this the 8th day of January, 2008.

                                              /s/ Mark E. Fuller
                                  CHIEF UNITED STATES DISTRICT JUDGE