IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| JOHN E. WHITE, # 148157, | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | CASE NO.  2:07cv951-MEF |
| | ) | (WO-Do Not Publish) |
| LT. FINLEY, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

## **JUDGMENT**

In accordance with the memorandum opinion entered this date, it is the ORDER,
JUDGMENT, and DECREE of the court that this case be and is hereby DISMISSED without
prejudice prior to service of process.

The Clerk of the Court is DIRECTED to enter this document on the civil docket as
a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

Done this the 8th day of January, 2008.


_____
/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE